IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  Maria Bargas                                               CHAPTER 13
        19411 Gladewater Dr.
        Tomball, TX  77375                                         CASE NO. 17-30126-H4

            DEBTOR

**NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED CHAPTER 13 PLAN,
(2) VALUATION OF COLLATERAL, (3) DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE,
(4) CONVERSION OF CHAPTER 13 CASE, AND (5) ENTRY OF OTHER ORDERS CONCERNING
ADMINISTRATION OF CASE**

The United States Bankruptcy Court will conduct a hearing on whether (1) to confirm the debtor(s) proposed bankruptcy plan, (2) dismiss this case, (3) convert this case under chapter 7, and/or (4) to enter other orders concerning the administration of this case. The hearing will take place on March 20, 2017 at 9:00 am at U.S. Bankruptcy Court, 515 Rusk, Room 600, 6th Floor, Houston, TX 77002-0000.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor(s) with their proposed plan. This cover sheet serves as a summary of the plan. A complete copy of the proposed plan is available from clerk of the Court or the Debtor(s) Attorney. The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least seven days before the confirmation hearing and serve a copy of the objection on the debtor, the debtor(s) counsel, the Chapter 13 Trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this chapter 13 case due to unreasonable delay that is prejudicial to creditors. The Court may also consider whether the case should be converted to a case under chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.
Dated: 01/27/2017

/s/ David G. Peake
DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
9660 HILLCROFT, STE 430
HOUSTON, TX  77096
(713)283-5400

Case No:
Debtor(s):  **Maria Reyna Bargas**

## Plan Summary and Statistical Cover Sheet for Proposed Plan Modification

Date: 1/25/2017
(Date Should be Date that this Proposed Plan is Signed by Debtor)

**Disposable Income and Plan Payments**

| (A) Projected Schedule "I" Income (as shown on most recently filed Schedule I) | (B) Projected Schedule "J" Expenses (as shown on most recently filed Schedule J) | (C) Projected Disposable Income | (D) Beg. Month # | (E) End Month # | (F) Payment Amount | (G) Payments for the Benefit of Creditors | | (H) Savings Expense from Line 21 of Schedule J | | (I) Total Monthly Trustee Payment Including Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Pre-Modification Payments to Trustee | -- | | -- | | -- |
| | | | | | | Per Month | Total | Per Month | Total | |
| $2,627.29 | $1,378.00 | $1,249.29 | 1: 02/17 | 60: 01/22 | $1,249.29 | $1,249.29 | $74,957.40 | $0.00 | $0.00 | $74,957.40 |
| | | | | | Grand Total | | $74,957.40 | | $0.00 | $74,957.40 |
| | | | | | Less Posted Chapter 13 Trustee Fee* | | $4,459.80 | | $0.00 | $4,459.80 |
| | | | | | Net Available | | $70,497.60 | | $0.00 | $70,497.60 |

**Projected Trustee Disbursements to Priority and Secured Creditors**

| Name of Holder / Description of Collateral (or "None" if appropriate) | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Int. Rate | Beg. Month # | End Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| Law Office of Ennio J. Diaz<br>None | Priority | Total Pre-Modification Payments by Trustee | | | | -- |
| | | 0.00% | 31 | 33 | Pro-Rata | $2,535.00 |
| Wells Fargo Home Mtg<br>19411 Gladewater Dr | Principal Res. | Total Pre-Modification Payments by Trustee | | | | -- |
| | | 0.00% | 1<br>20 | 19<br>20 | $1,153.00<br>$1,093.00 | $23,000.00 |
| Mainland Inv. Auto Sales<br>2004 Lincoln Navigator (approx. 150000 mi | Secured | Total Pre-Modification Payments by Trustee | | | | -- |
| | | 13.98% | 1 | 31 | Pro-Rata | $6,313.79 |
| Wells Fargo Home Mtg<br>19411 Gladewater Dr | Secured (Arrearage) | Total Pre-Modification Payments by Trustee | | | | -- |
| | | 0.00% | 1 | 31 | Pro-Rata | $6,810.00 |
| | | | | | Grand Total | $38,658.79 |

\* The Posted Chapter 13 Trustee Fee is based on the percentage listed on the Court's website.

Case No:
Debtor(s): **Maria Reyna Bargas**

| SUMMARY OF PAYMENTS | |
|---|---:|
| Net Available to Creditors (Must Equal Net Available from Column G Above) | $70,497.60 |
| Less Estimated Attorneys' fees | $2,535.00 |
| Less Total to Priority Creditors | $0.00 |
| Less Total to Secured Creditors | $36,123.79 |
| Net Available for Unsecured Creditors | $31,838.81 |
| Estimated General Unsecured Claims | $1,491.00 |
| Forecast % Dividend on General Unsecured Claims | 100% |

| BEST INTEREST TEST | |
|---|---:|
| Value of total non-exempt property | $2,040.24 |
| Total distributions to all priority and general unsecured creditors | $34,373.81 |